UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EILEEN ARISIAN,<br>    Plaintiff,<br><br>        v.<br><br>CITY OF MILFORD, et al.,<br>    Defendants. | No. 3:14-cv-1813 (SRU) |

## ORDER OF REMAND

Plaintiff Eileen Arisian filed this lawsuit in Connecticut Superior Court on November 3, 2014 against defendants the City of Milford and its current and former employees—Kathleen Kuchta, Stephen H. Harris, Joseph Griffith, and Jocelyn Mathiasen (collectively, "the defendants").  Arisian raised a First Amendment claim brought under 42 U.S.C. § 1983 (Count One), as well as multiple state-law claims (Counts Two through Seven).  Notice of Removal, Ex. A.  On December 3, 2014, the defendants removed this case from state court on the basis of this Court's federal question jurisdiction (doc. 1).  28 U.S.C. §§ 1331, 1441, 1446.  It is uncontested that there is no other basis for subject matter jurisdiction.

The defendants then filed a motion to dismiss the complaint (doc. 12).  At oral argument, I granted the defendants' motion in part and dismissed Arisian's Section 1983 claim (Count One) as untimely.  I then declined to exercise pendent jurisdiction over Arisian's remaining state-law claims (Counts Two through Seven), *United Mine Workers of America v. Gibbs*, 383 U.S. 715, 726 (1966), and remanded those claims to state court.

Accordingly, the Clerk shall **REMAND** this case to the Connecticut Superior Court, Judicial District of New Haven at New Haven, and shall close this file.

It is so ordered.

Dated at Bridgeport, Connecticut, this 17th day of June 2015.

        /s/ STEFAN R. UNDERHILL

Stefan R. Underhill
United States District Judge